# United States Bankruptcy Court
## Eastern District of Virginia
#### Richmond Division

**In re:** Dustin Dodge Fender                      **Case Number** 19-31892-KRH

                                                        **Chapter** 13

**Debtor(s)**

## ORDER SETTING HEARING

**TO:**    **Debtor(s)**    Dustin Dodge Fender  4071 Three Chopt Road  Gum Spring, VA 23065

            **Attorney for Debtor(s)** William Harville  327 W. Main Street, #3  Charlottesville, VA 22903
            **Trustee**  Carl M. Bates, P.O. Box 1819, Richmond, VA  23218
            **United States Trustee**  701 E. Broad St., Suite 4304, Richmond, VA  23219

The Clerk has determined that the above-captioned debtor(s) has/have failed to cure certain deficiency(ies) in this case.  Therefore, a hearing will be held:

*Date:*      June 5, 2019
*Time:*      11:30 AM
*Location:*  U. S. Bankruptcy Court, U. S. Courthouse, 701 E. Broad St., Room 5000, Richmond, VA  23219

The debtor(s) shall appear at the hearing and explain why the bankruptcy case should not be dismissed for failure to timely cure the following deficiency(ies) and any other deficiency(ies) or certifications that accrue before the hearing:

Failure to timely file Lists, Schedules and/or Statements
Failure to timely file Chapter 13 Plan

**If the debtor(s) fails to appear at the hearing, the above-captioned case will be dismissed.**

NOTICE:  **Even if the debtor(s) files the required document(s) or makes the required payment(s), the debtor(s) must still attend the hearing to explain why he/she/they failed to do so timely.**

NOTICE IS FURTHER GIVEN that an outstanding balance of the filing fee in the amount of $____0.00____ is due and owing to the Clerk of Court, payable as follows:

☐ due and payable immediately.

☐ $_____ on _____, $_____ on _____, and $_____ on _____.

Dated: May 7, 2019_____        **William C. Redden, Clerk**
                                        **United States Bankruptcy Court**

                                        **By:** /s/ James Cummings_____
                                                    **Deputy Clerk**

                                        NOTICE OF JUDGMENT OR ORDER
                                        ENTERED ON DOCKET: May 7, 2019_____

[osethrgln ver. 10/18]